UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES,                                    **MEMORANDUM and ORDER**

          Plaintiff,

    - against -                                    05-CR-230 (TCP)
                                           00-CR-329 (TCP)

DWAYNE SAMUELS,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PLATT, District Judge.

      As the Court reads the letter request addressed to it by the Defendant, dated November 15, 2005: (1) the Defendant is the president of Vanguard; (2) the Government has seized "[t]housands upon thousands of pages of documents . . . ." from Vanguard, amongst which are 15 "bankers" sized boxes of such documents which are needed by the Defendant "to provide an adequate defense . . . ."; (3) the cost of the reproduction of these documents is about $4,500; and (4) the Government has refused to pay for the reproduction of the same.

      To the extent that the documents belong to Vanguard and/or the Defendant, the Government must return the same or pay for the copies. To the extent that the documents belong to third parties, the Government must pay for the cost of reproducing the documents if the Government is going to use them at trial or if they are needed for the Defendant's defense.

**SO ORDERED**

/S/_____
Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
November 17, 2005